IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FOREMOST INSURANCE COMPANY,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LUIS RODRIGUEZ, A MINOR BY** | : | |
| **MIGUEL A. RODRIGUEZ, et al.,** | : | **No. 19-360** |
| Defendants. | : | |

## ORDER

**AND NOW**, this **11th** day of **July 2019**, upon consideration of the Rodriguezes' Motion to Dismiss, the Mechkovas' Motion to Dismiss, and the responses thereto, and for the reasons stated in this Court's Memorandum dated July 11, 2019, it is **ORDERED** that:

1. The Rodriguezes' motion (Document No. 3) is **DENIED**.

2. The Mechkovas' motion (Document No. 13) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**